

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
cand.uscourts.gov

February 9, 2026

KAIYU ZHANG
205 E. Garvey Ave
Monterey Park, CA 91755

Re:     KAIYU ZHANG v. Shun Guo

Case Number: 26-cv-00989-AGT

Dear KAIYU ZHANG:

At filing, this matter was randomly assigned to United States Magistrate Judge Alex G. Tse for all purposes including trial. A hearing has been scheduled for March 20, 2026 at 10:00 A.M.  Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge  Alex G. Tse.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case by Plaintiff.  The plaintiff is requested to complete the attached form documenting either consent or request for reassignment and file it with the Court by February 17, 2026.  Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

Mark B. Busby

Clerk of Court, United States District Court

Stephen Ybarra, Deputy Clerk to the
Honorable ALEX G. TSE

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIYU ZHANG,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHUN GUO,<br><br>        Defendants. | Case No. 26-cv-00989-AGT<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily <u>consent</u> to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.  I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( )   **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I <u>decline</u> to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                            NAME: _____

COUNSEL FOR (OR "PRO SE"):

_____

_____
Signature

*REV. 9-19*