KAIYU ZHANG
205 E Garvey Ave
Monterey Park, CA 91755
Phone: 213-726-6950
Email: kaiyuzhang89@gmail.com

KAIYU ZHANG, IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIYU ZHANG<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>SHUN GUO; and DOES 1 through 12, inclusive<br><br>　　　　　Defendants. | Case No.: 3:26-cv-00989-AGT<br><br>PLAINTIFF'S NOTICE REGARDING CITIZENSHIP AND SERVICE OF PROCESS<br><br>The Honorable Alex G. Tse |

Plaintiff Kaiyu Zhang respectfully submits this notice in response to the Court's Order to Show Cause Regarding Subject Matter Jurisdiction (Dkt. 9) and to assist the Court in clarifying certain factual matters relevant to the jurisdictional record.

1. Plaintiff's Citizenship

Plaintiff Kaiyu Zhang is a citizen of the People's Republic of China.
Plaintiff relocated to the United States in March 2023 and currently resides in California, but Plaintiff is not a citizen of the United States.

2. Service of Process

Defendant was personally served with the Summons, Complaint, and ADR package on January 9, 2026, at approximately 10:56 a.m., at 37600 Sycamore St., Newark, California.

- 1 -

PLAINTIFF'S NOTICE REGARDING CITIZENSHIP AND SERVICE OF PROCESS

1. Service was performed by Na Yan, who is over the age of 18 and not a party to this action.

2. A Proof of Service of Summons (POS-010) documenting this personal service was filed with the San Francisco Superior Court on January 13, 2026.

3. Clarification Regarding Service

In the Notice of Removal, Defendant represented that he had not been served with the complaint at the time of removal.
Plaintiff respectfully notes that this statement is incorrect, as Defendant had already been personally served on January 9, 2026, as reflected in the attached Proof of Service.

4. Attachments

For the Court's convenience, Plaintiff attaches the following documents:

Exhibit A – Proof of Service of Summons (POS-010)
Exhibit B – Notice of Service and Notice of Name Verification filed in the San Francisco Superior Court

Plaintiff provides this information solely to assist the Court in its jurisdictional review and to ensure the accuracy and completeness of the record.

DATED: March 16, 2026

Respectfully submitted,

/s/ Kaiyu Zhang
KAIYU ZHANG
Plaintiff, In Pro Per

PLAINTIFF'S NOTICE REGARDING CITIZENSHIP AND SERVICE OF PROCESS

# EXHIBIT A

Proof of Service of Summons (POS-010)
Filed January 13, 2026
San Francisco Superior Court

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>KAIYU ZHANG<br>205 E GARVEY AVE, MONTEREY PARK, CA 91755<br><br>TELEPHONE NO.: 213-726-6950   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY<br><br>**ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br>**01/13/2026**<br>**Clerk of the Court**<br>BY: ANNIE PASCUAL<br>**Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street, Room 509
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: KAIYU ZHANG
DEFENDANT/RESPONDENT: MINGSHUN GUO

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER:
CGC-25-631165

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   MINGSHUN GUO
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   37600 Sycamore St, Newark, CA 94560

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: January 9, 2026   (2) at *(time)*: 10:56 A.M.
   b. [ ] **by substituted service.** On *(date)*:      at *(time)*:      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:      from *(city)*:      or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: KAIYU ZHANG | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: MINGSHUN GUO | CGC-25-631165 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on *(date):*                                 (2) from *(city):*

     (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

     (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
   a. Name: NA YAN
   b. Address: 8019 Wells Ave, Newark, CA 94560
   c. Telephone number: 626-236-6085
   d. **The fee for service was:** $ 0
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: January 9, 2026

NA YAN                                                                  /s/ Na Yan
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                        (SIGNATURE)

POS-010 [Rev. January 1, 2007]              **PROOF OF SERVICE OF SUMMONS**              Page 2 of 2

# EXHIBIT B

Notice of Service and Notice of Name Verification
Filed January 13, 2026
San Francisco Superior Court

KAIYU ZHANG
205 E GARVEY AVE.
MONTEREY PARK, CA 91755
213-726-6950

**ELECTRONICALLY**
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**01/13/2026**
**Clerk of the Court**
BY: ANNIE PASCUAL
**Deputy Clerk**

KAIYU ZHANG, IN PRO PER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| KAIYU ZHANG ) | Case No.: CGC-25-631165 |
| ) | |
| Plaintiff ) | NOTICE OF SERVICE AND |
| ) | NOTICE OF NAME VERIFICATION |
| vs. ) | |
| ) | |
| MINGSHUN GUO ) | |
| ) | |
| Defendant ) | |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the **Summons, Complaint, and Alternative Dispute Resolution (ADR) package** in this action were served on the defendant on **January 9, 2026**.

Plaintiff further notifies the Court that the defendant is currently identified in the pleadings as **Mingshun Guo**. Plaintiff is in the process of verifying the defendant's correct legal name. Available information indicates that the defendant may also be known as **Shun Guo**.

Once the defendant's correct legal name is confirmed, Plaintiff will file an amendment or amended pleading as appropriate.

This notice is provided to clarify the record and does not affect the validity of service.

Plaintiff files the Proof of Service of Summons (POS-010) concurrently with this Notice.

- 1 -
NOTICE OF SERVICE AND NOTICE OF NAME VERIFICATION

DATED: January 13, 2026

*/s/ KAIYU ZHANG*
KAIYU ZHANG
In Pro Per