Zheng "Andy" Liu (SBN 279327)
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Defendant Shun Guo*
*erroneously sued as Mingshun Guo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIYU ZHANG, | Case No.: 3:26-cv-00989-AGT |
| Plaintiff, | **RESPONSE TO OSC RE: DIVERSITY JURISDICTION** |
| v. | The Honorable Alex G. Tse |
| SHUN GUO; and DOES 1 through 12, inclusive, | |
| Defendants. | |

First, complete diversity exist in this case.  Plaintiff is a citizen of China (Hong Kong). Dkt. 10, paragraph 1; Dkt 1, paragraph 9.  Plaintiff is a self-claimed political asylee from Hong Kong.

Defendant Guo is a citizen of the United States and citizen of California. Dkt 1, paragraph 9.

1

This suit is thus between a citizen of the State of California (Defendant Guo) and a citizen of a foreign country (Plaintiff Zhang).

Second, the removal is timely. The proof of service of Summons and Complaint offered by Plaintiff Zhang shows that Defendant Guo was served on January 9, 2026. The notice of removal was filed on February 2, 2026, within 30 days from January 9, 2026.

Thus, the Court has subject matter jurisdiction, and the removal was timely.

By: _____/s/_____

Zheng "Andy" Liu (CA- 279327)
*Attorneys for Defendant*
*Shun Guo*

2

RESPONSE TO OSC RE: DIVERSITY JURISDICTION