KAIYU ZHANG
205 E Garvey Ave
Monterey Park, CA 91755
Phone: 213-726-6950
Email:  kaiyuzhang89@gmail.com

KAIYU ZHANG, IN PRO SE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAIYU ZHANG | ) Case No.: 3:26-cv-00989-AGT |
|         Plaintiff | ) **PLAINTIFF'S RESPONSE TO ORDER** |
|    v. | ) **FOR FURTHER BRIEFING** |
| SHUN GUO; and DOES 1 through 12, | ) The Honorable Alex G. Tse |
| inclusive | ) |
|         Defendants. | ) |

Plaintiff Kaiyu Zhang respectfully submits this response to the Court's **Order for Further Briefing (Dkt. 12)**.

**1. Lawful Permanent Residence**

Plaintiff is a **citizen of the People's Republic of China**.

Plaintiff **is not lawfully admitted for permanent residence in the United States** and does not hold a green card.

**2. Domicile**

Plaintiff relocated to the United States in March 2023 and has since resided in California.

Plaintiff currently lives in California and maintains a residence there.

Plaintiff's presence in California is based on his current circumstances, and Plaintiff does not claim United States citizenship.

Plaintiff intends to remain in California for the foreseeable future.

Plaintiff provides this information to assist the Court in determining whether subject matter jurisdiction exists.

DATED: April 14, 2026

Respectfully submitted,

/s/ Kaiyu Zhang
KAIYU ZHANG
Plaintiff, In Pro Per

PLAINTIFF'S RESPONSE TO ORDER FOR FURTHER BRIEFING