KAIYU ZHANG
205 E Garvey Ave
Monterey Park, CA 91755
Phone: 213-726-6950
Email:  kaiyuzhang89@gmail.com

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIYU ZHANG | Case No.: 3:26-cv-00989-AGT |
| Plaintiff | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE TIME AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SHUN GUO; and DOES 1 through 12, inclusive | The Honorable Alex G. Tse |
| Defendants. | |

Having considered Plaintiff's motion to change time under Civil Local Rule 6-3, and good cause appearing, IT IS HEREBY ORDERED as follows:

1.  The Initial Case Management Conference currently set for August 14, 2026 at 2:00 p.m. is CONTINUED to October 16, 2026 at 2:00 p.m., to be held by Zoom webinar.

2.  The associated case management deadlines are reset as follows:

    Deadline to file ADR Certification and to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan under Fed. R. Civ. P. 26(f): September 25, 2026

Deadline to make initial disclosures under Fed. R. Civ. P. 26(a)(1) and to file the joint case management statement:  October 9, 2026

3.  All other provisions of the Court's February 2, 2026 Order Setting Initial Case Management Conference and ADR Deadlines, Dkt. 4, remain in effect.

IT IS SO ORDERED.

Dated: _____

_____
ALEX G. TSE
United States Magistrate Judge