KAIYU ZHANG

205 E Garvey Ave

Monterey Park, CA 91755

Phone: 213-726-6950

Email:  kaiyuzhang89@gmail.com

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIYU ZHANG | ) Case No.: 3:26-cv-00989-AGT |
| | ) |
| Plaintiff | ) **PLAINTIFF'S DECLARATION IN** |
| v. | ) **SUPPORT OF SEPARATE CASE** |
| SHUN GUO; and DOES 1 through 12, | ) **MANAGEMENT STATEMENT** |
| inclusive | ) |
| | ) Current CMC Date: August 14, 2026 |
| Defendants. | ) Time: 2:00 p.m. |
| | ) Via Zoom Webinar |
| | ) |
| | The Honorable Alex G. Tse |

I, Kaiyu Zhang, declare as follows:

1.  I am the plaintiff in this action and appear in propria persona. I have personal knowledge of the facts stated below and could testify competently to them if called as a witness.

2.  On August 2, 2026, I sent an email to Zheng "Andy" Liu, counsel for Defendant Shun Guo, proposing that the parties conduct the conference required by Federal Rule of Civil Procedure

26(f) in writing. The email stated my positions on each of the subjects required by that rule and asked Mr. Liu to respond with Defendant's positions.

3.  On August 3, 2026, Mr. Liu replied and asked me to send him the draft joint case management statement.

4.  On August 3, 2026, I sent Mr. Liu a complete draft Joint Case Management Statement. The draft identified, by section number, each place where Defendant's positions had been left blank. I asked Mr. Liu to return Defendant's positions and any edits by August 6, 2026, so that I could file a joint statement on August 7, 2026.

5.  As of the time of this filing, I have received no response to my August 3, 2026 email and no positions from Defendant on any subject addressed in the draft.

6.  Because I am not represented by counsel, and because I was unable to obtain Defendant's positions in time to prepare a joint statement, I file the accompanying separate Case Management Statement under Civil Local Rule 16-9(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at Monterey Park, California.

/s/ Kaiyu Zhang

KAIYU ZHANG

Plaintiff, in pro per