KAIYU ZHANG
205 E Garvey Ave
Monterey Park, CA 91755
Phone: 213-726-6950
Email: kaiyuzhang89@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KAIYU ZHANG,

Plaintiff,

v.

SHUN GUO; and DOES 1 through 12, inclusive,

Defendants.

Case No.: 3:26-cv-00989-AGT

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

Judge: Hon. Alex G. Tse

Under Federal Rule of Civil Procedure 38(b), Plaintiff Kaiyu Zhang demands a trial by jury on all issues so triable.

Plaintiff previously stated this demand in his Case Management Statement filed August 7, 2026. Dkt. 18, § 16.

Dated: October 5, 2026

/s/ Kaiyu Zhang

KAIYU ZHANG

Plaintiff, Pro Se