KAIYU ZHANG
205 E Garvey Ave
Monterey Park, CA 91755
Phone: 213-726-6950
Email: kaiyuzhang89@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAIYU ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>SHUN GUO; and DOES 1 through 12, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-00989-AGT<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP**<br><br>Judge: Hon. Alex G. Tse |

**1. Conflicts**

The undersigned certifies that as of this date, he is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to this litigation.

**2. Interested Entities or Persons**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

California Department of Health Care Services, which administers Medi-Cal. Medi-Cal has paid for medical treatment of the injuries alleged in this action, and the Department may assert a lien for reimbursement from any recovery.

**3. Citizenship**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| **Individual/Entity** | **Citizenship of Individual/Entity** |
|---|---|
| Kaiyu Zhang | China |

Dated: October 5, 2026

/s/ Kaiyu Zhang

KAIYU ZHANG

Plaintiff, Pro Se